THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tabitha Deonna Brittingham, Appellant.
 
 
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2009-UP-575
 Submitted November 2, 2009  Filed
December 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Tabitha Deonna Brittingham appeals from her guilty plea to leaving the scene of
 the accident resulting in death, arguing the plea court erred in failing to
 impose a sentence less than the negotiated five-year-cap.  After a thorough review of the record and brief,
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.